IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Luisa S. Guerrero, | ) | 1:07-CV-00612-HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE'S FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| Michael J. Astrue, | ) | PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security, | ) | SUMMARY ADJUDICATION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION, AS MODIFIED, TO GRANT
PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION, VACATING
THE ADMINISTRATIVE LAW JUDGES DECISION AND REMANDING
THE CASE FOR FURTHER PROCEEDINGS**

Findings and Recommendation having been filed and served on all parties on February 13, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 23) are adopted as the opinion and order of this Court with the following modification on Page 31, line 10: the sentence should read: "This Court therefore finds that the ALJ's hypothetical was incomplete."  The

rest of the sentence is deleted.

    IT IS SO ORDERED.

    DATED: March 9, 2009, Honolulu, Hawaii.



                          **/s/ Helen Gillmor**

                          Chief United States District Judge

cc:all parties of record