ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 25 2009

at __ o'clock and __ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUISA S. LEON GUERRERO,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security<br>            Defendant. | CIVIL NO. 07-00612 HG LEK<br><br>STIPULATION AND ORDER AWARDING<br>ATTORNEY FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT<br>(28 U.S.C. § 2412(d)) |

STIPULATION AND ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))

IT IS HEREBY STIPULATED by the parties, through their
undersigned counsel, subject to the approval of the Court, that
Plaintiff be awarded attorney fees under the Equal Access to
Justice Act in the amount of SIX THOUSAND TWO HUNDRED SIXTY
DOLLARS AND NO CENTS ($6,260.00).  This amount represents
compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.  Payment shall be made payable to Plaintiff's counsel, Frederick J. Daley, Jr.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: _August 4, 2009_   _____
FREDERICK J. DALEY, JR.
Attorney for Plaintiff

---

Luisa S. Leon Guerrero v. Michael J. Astrue, Commissioner of Social Security; Civil No. 07-00612 HG LEK; STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))

Dated: _____08-07-09_____

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
HARRY YEE
Assistant U.S. Attorney

Attorneys for Defendant


IT IS SO ORDERED:



_____
JUDGE OF THE ABOVE-ENTITLED COURT


_____

Luisa S. Leon Guerrero v. Michael J. Astrue, Commissioner of
Social Security; Civil No. 07-00612 HG LEK; STIPULATION AND ORDER
AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT
(28 U.S.C. § 2412(D))