IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LUISA S. GUERRERO, | ) | CIVIL NO. 07-00612 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER ADOPTING  REPORT OF SPECIAL MASTER**

**ON PETITION  FOR ATTORNEY FEE PURSUANT TO § 206(B)(1) (Doc. 39)**

A Report of Special Master having been filed and served on all parties on February 25, 2010 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 22, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge